**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge Manuel CAMARENA HERNANDEZ, also known as Jorge Camarena, also known as Jorge Camarena Hernandez, also known as Jorge Manuel Camarena–Hernandez, Defendant–Appellant.**

**No. 10–20207**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Jorge Manuel Camarena Hernandez, Pecos, TX, pro se.

Appeal from the United States District Court for the Southern District of Texas, USDC No. 4:09–CR–581–1.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

**12**

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Manuel Camarena Hernandez (Camarena) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Camarena has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

